IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DANIEL T. LEWIS, et al., )
)
    Plaintiffs, ) No. 3:14-01565
) Judge Haynes
v. )
)
MARK GOINS, et al., )
)
    Defendants. )

## ORDER

Based upon the Sixth Circuit's decision, Green Party v. Hargett, Nos. 13-5975, 13-6280, 2014 WL 4116483 (6th Cir. Aug. 22, 2014), Plaintiffs' motion for preliminary injunction (Docket Entry No. 10) is **DENIED**. Plaintiffs' motions to ascertain status and for leave to file a reply brief (Docket Entry Nos. 13 and 14) are **DENIED as moot.**

It is so **ORDERED**.

**ENTERED** this the 3rd day of October, 2014.

                              WILLIAM J. HAYNES, JR.
                              United States District Judge