IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL T. LEWIS, PATRICIA GILMORE, BONNIE L. TYNDALL, and LIBERTARIAN PARTY OF TENNESSEE, <br><br>....Plaintiffs, <br><br>v. <br><br>MARK GOINS, Coordinator of Elections for the State of Tennessee; and TRE HARGETT, Secretary of State for the State of Tennessee, <br>....Defendants. | Case No. 3:14-01565 <br> Judge Sharp <br> Magistrate Judge Brown |

*[handwritten notations: "Moot / Mr. Linger / MDSNLED / as moot / Will / USDJ / 10-3-14"]*

### PLAINTIFFS' MOTION TO ASCERTAIN STATUS OF CASE AND MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

COME now the Plaintiffs herein, by and through their counsel of record, James C. Linger and Heather Scott, and move this Court, pursuant to LR 7.01(c), inquiring as to the status of the case at bar, and also move this Court, pursuant to LR 7.01(b), for leave to file a Reply Brief of no more than five pages in support of Plaintiffs' Motion for Preliminary Injunction.

In support of these motions, Counsel would state that after the filing of the Complaint in the case at bar (Docket Entry No. 1), on July 31, 2014, and various other related pleadings, the Plaintiffs filed a Motion to Transfer Case (Docket Entry No. 6) on August 4, 2014, which was emailed to Assistant Attorney General Janet M. Kleinfelter, in which Plaintiffs made reference to a number of related cases which involved some of the same laws and issues as are involved in the instant case. All of the related cases named in said Motion to Transfer are assigned to Chief Judge William J. Haynes, Jr. Particularly, Plaintiffs call the Court's attention to the decision in the case of *Green Party of Tennessee v. Hargett*, 953 F.Supp.2d 816 (M.D. Tenn. 2013), which had been decided on June 18, 2013, by Judge Haynes, and was set for oral argument before the United States