IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DANIEL T. LEWIS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 3:14-cv-01565 |
| v. | ) Senior Judge Haynes |
| | ) |
| MARK GOINS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon a review of the record, this action is **DISMISSED without prejudice.** See Local Rule 41.01.

This is the Final Order in this action.

It is so **ORDERED**

**ENTERED** this the 30 day of July, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge