UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DANIEL T. LEWIS, et al. | ) | |
| | ) | |
| v. | ) | NO. 3:14-cv-1565 |
| | ) | JUDGE HAYNES |
| MARK GOINS, et al., | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 07/31/15.

      KEITH THROCKMORTON, CLERK
      s/Alia D. Morgan, Deputy Clerk